# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0652

VERSUS

RODNEY JACK STRAIN, JR.                          **AUGUST 16, 2021**

---

In Re:    Rodney Jack Strain, Jr., applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 0703-F-2019.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT APPLICATION DISMISSED AT RELATOR'S REQUEST.**

                          **JMM**
                          **WIL**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT